UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WILBERT THEODIS CARNEY,<br><br>        Defendant. | Case No.  15-cv-04323-YGR (EDL)<br><br>**NOTICE OF TIME AND PLACE OF HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A hearing regarding Plaintiffs' motion for default judgment is set for February 9, 2016 at 9:00 a.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

The briefing schedule as set by Local Rule 7-3 shall remain unchanged.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5.  Documents not filed in compliance with those rules will not be considered by the Court.

 If documents are filed electronically, courtesy copies shall be provided in accordance with Civil Local Rule 5-1(e)(7).

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

**IT IS SO ORDERED.**

Dated: January 7, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge